UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
VS. ) CR07-0091-01ML
)
ONESIMO ARIAS )

---

**MOTION FOR ENLARGEMENT OF TIME**

Now comes the defendant Onesimo Arias and moves this Honorable Court to Order the enlargement of time for the filing of objections to the pre-sentence report. As grounds defense counsel states that she will be out of town from November 11, 2007 until November 16, 2007 attending a conference. For this reason the defendant is seeking an enlargement of time from November 12, 2007 until November 23, 2007.

Respectfully submitted
Onesimo Arias
By his attorney,

/s/ Mary S. McElroy, 4830
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
mary_mcelroy@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Zechariah Chafee, Assistant United States Attorney and Heather McLoughlin, USPO, on November 9, 2007.

/s/Mary S. McElroy