*Translation* *Translation* *Translation* *Translation* *Translation* *Translation*

To Whom It May Concern

The undersigned, Wendy Rafael Amador, a Dominican female of legal age, single, an attorney by profession, whose Citizen and Voter Identification Number is 003-0008085-0, with law offices on Mella Street, near the corner of Máximo Gómez Street, on the second floor of Plaza Santana Building, Apartment 13, in the city of Baní, Province of Peravia, Dominican Republic, with telephone number 809-522-7475, by means of this instrument do hereby state that Mr. RAMÓN ONÉSIMO ARIAS DE LA CRUZ will be employed as a messenger at my law firm as soon as he is available to fill said position.------------------------------------------------------------------------------

In the city of Baní, Province of Peravia, Dominican Republic, on the nineteenth (19th.) day of the month of October of the year two thousand seven (2007).----------------------------------------------

*/signed/* Wendy R. Amador
Attorney-at-law

The undersigned, attorney RAFAEL BIOLENIS HERRERA-MELO, authorized to practice as a *Civil Law Notary* within the Municipality of Baní, an active member of the Dominican Association of Civil Law Notaries, Inc., with License number 1520-89 and offices at 16 Mella St., Plaza Santana, 2nd. floor, Apt. 14, in the city of Baní, HEREBY CERTIFY AND ATTEST: that the preceding signatures [*sic*] are those of Mrs. WENDY RAFAELA AMADOR, who has been duly identified, and who has declared that this is the signature that they [*sic*] use in all their civil affairs. In the city of Baní, Province of Peravia, Dominican Republic, this nineteenth (19th) day of the month of October of the year two thousand seven (2007).-----------------------------------

*/signed/* Rafael Biolenis Herrera-Melo
Attorney-at-law and *Civil Law Notary*

Certified to be a true translation from Spanish into English of the attached document entitled "A QUIEN PUEDA INTERESAR".

Ana-Cecilia Rosado, Staff Interpreter
U.S. District Court for R.I.
November 28, 2007

# A QUIEN PUEDA INTERESAR

Quien suscribe **LICDA. WENDY RAFAELA AMADOR**, Dominicana, Mayor de Edad, Soltera, Abogada, Portadora de la Cédula de Identidad y Electoral No.003-0008085-0, con estudio profesional abierto en la calle Mella casi Esq. Máximo Gómez, Edificio Plaza Santana, Segundo Piso, Apartamento No.13, Teléfono 809-522-7475, de esta ciudad de Baní, Provincia Peravia, República Dominicana, Por medio de la presente hago constar que el señor **RAMON ONESIMO ARIAS DE LA CRUZ**, laborará en mi Oficina de Abogados como mensajero tan pronto y cuando esté disponible para ocupar dicho cargo.----------------------------------------------

En la ciudad de Baní, Provincia Peravia, República Dominicana, a los Diecinueve (19) días del mes de Octubre del año Dos Mil Siete (2007).---------

**LICDA. WENDY RAFAELA AMADOR**
ABOGADA

**YO, LCDO. RAFAEL BIOLENIS HERRERA MELO**, Abogado Notario Público de los del Número del Municipio de Baní, miembro activo del Colegio Dominicano de Notarios, Inc. Provisto de la Matricula No.1520-89, con estudio profesional abierto en la calle Mella No.16, Plaza Santana 2do. Piso, Apto. No.14, de esta ciudad de Baní, **CERTIFICO Y DOY FE**: que las firmas que anteceden fueron puestas en mi presencia por la señora **WENDY RAFAELA AMADOR,** de generales que constan, quienes me han expresado que esa es la forma en las que ellos acostumbran a firmar todos los actos de sus vidas ciudadanas. En la ciudad de Baní, Provincia Peravia, República Dominicana, a los Diecinueve (19) días del Mes de Octubre del Año Dos Mil Siete (2007).------------------------------------------------------------------

**LCDO. RAFAEL BIOLENIS HERRERA MELO**
NOTARIO PÚBLICO